PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

FILED

Dec 13, 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARIA L. CARRETERO, <br><br> Defendant. | CASE NO. 2:22-cr-0247 KJN <br><br> VIOLATION: 18 U.S.C. § 1361 – Depredation of Public Lands and Resources; 36 C.F.R. § 261.5(e) – Causing and Failing to Maintain a Fire Resulting in Damage to National Forest |

I N F O R M A T I O N

COUNT ONE: [18 U.S.C. § 1361 – Depredation of Public Lands and Resources]

The United States Attorney charges: T H A T

MARIA L. CARRETERO,

defendant herein, on or about August 11, 2022, in Nevada County, State and Eastern District of California, did willfully injure and commit a depredation of property of the United States and of any department or agency thereof, to wit, land and natural resources in the Tahoe National Forest, within the jurisdiction of the United States Forest Service, and the resulting damage of less than $1,000, in violation of Title 18, United States Code, Section 1361.

///

///

///

1

COUNT TWO: [36 C.F.R. § 261.5(e) – Causing and Failing to Maintain a Fire Resulting in Damage to National Forest]

The United States Attorney further charges: T H A T

MARIA L. CARRETERO,

defendant herein, on or about August 11, 2022, in Nevada County, State and Eastern District of California, did knowingly cause and fail to maintain control of a fire that caused damaged within the Tahoe National Forest, in violation of 36 C.F.R. § 261.5(e) and 16 U.S.C. § 551.

DATED: December 13, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ Justin L. Lee
JUSTIN L. LEE
Assistant U.S. Attorney

# PENALTY SLIP

## United States v. Maria L. Carretero

**COUNT ONE:**	18 U.S.C. § 1361 – Depredation of Public Lands and Resources

Not more than 1 year in prison; or
Fine of up to $100,000; or both fine and imprisonment
Supervised release of 1 year.
Mandatory Special Assessment of $100

**COUNT TWO:**	16 U.S.C. § 551; 36 CFR § 261.5(e) – Causing and Failing to Maintain a Fire Resulting in Damage to National Forest

Not more than 6 months in prison; or
Fine of up to $5,000; or both fine and imprisonment
Mandatory Special Assessment of $10