| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | LINDA C. ALLISON, #179741<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 "I" Street, 3rd Floor |
| 4 | Sacramento, CA 95814<br>P: 916-498-5700/F: 916-498-5710 |
| 5 | Linda.allison@fd.org |
| 6 | Attorney for Defendant<br>MARIA CARRETERO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARIA CARRETERO<br><br>    Defendant. | NO.  2:22-cr-00247-KJN<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE HEARING<br><br>DATE:   January 11, 2023<br>TIME:    9:00 a.m.<br>JUDGE:  KENDALL J. NEWMAN |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney JUSTIN L. LEE, Assistant Federal Defender LINDA C. ALLISON, attorney for MARIA CARRETERO, that the Court continue the status conference on January 11, 2023, to February 15, 2023 at 9:00 a.m.

The reason for the continuance is to provide the parties time for discovery and negotiation. The parties also agree that the ends of justice served by granting defendant's request for a continuance outweighs the best interest of the public and the defendant in a speedy trial.

The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through February 15, 2023, for defense preparation and investigation. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T4].

| | | |
|---|---|---|
| 1 | Dated:  January 6, 2023 | Respectfully submitted, |
| 2 | | |
| 3 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 4 | | */s/ Linda C. Allison*<br>LINDA C. ALLISON |
| 5 | | Assistant Federal Defender<br>Attorney for Defendant |
| 6 | | |
| 7 | Date: January 6, 2023 | PHILLIP A. TALBERT<br>United States Attorney |
| 8 | | |
| 9 | | */s/ Justin L. Lee*<br>JUSTIN LEE |
| 10 | | Assistant United States Attorney<br>Attorney for Plaintiff |

**O R D E R**

IT IS HEREBY ORDERED that the status conference currently set for January 11, 2023 be vacated for the reasons stated above and continued to February 15, 2023 at 9:00 a.m.

Dated: January 9, 2023

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE