HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, #179741
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814
P: 916-498-5700/F: 916-498-5710
Linda_harter@fd.org

Attorney for Defendant
MARIA CARRETERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  MARIA CARRETERO,  Defendant. | NO. 2:22-cr-00247-KJN  STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE  DATE: February 15, 2023  TIME: 9:00 a.m.  JUDGE: KENDALL J. NEWMAN |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney JUSTIN L. LEE, Assistant Federal Defender LINDA C. HARTER, attorney for MARIA CARRETERO, that the Court continue the status conference on February 15, 2023, to March 29, 2023 at 9:00 a.m.

The reason for the continuance is to provide the parties time for additional discovery and further negotiation. The parties also agree that the ends of justice served by granting defendant's request for a continuance outweighs the best interest of the public and the defendant in a speedy trial.

The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through March 29, 2023, for defense preparation and investigation. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T4].

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: February 8, 2023 | Respectfully submitted, |
| 3 | | |
| 4 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 5 | | */s/ Linda C. Harter* |
| 6 | | LINDA C. HARTER<br>Assistant Federal Defender<br>Attorney for Defendant |
| 7 | | |
| 8 | Date: February 8, 2023 | PHILLIP A. TALBERT<br>United States Attorney |
| 9 | | |
| 10 | | */s/ Justin L. Lee* |
| 11 | | JUSTIN LEE<br>Assistant United States Attorney<br>Attorney for Plaintiff |

Stipulation and Order to Continue Status
Conference and Exclude Time

-2-

*United States v. Maria Carretero*,
2:22-PO-00247-KJN

**O R D E R**

IT IS HEREBY ORDERED that the status conference currently set for February 15, 2023, be vacated for the reasons stated above and continued to March 29, 2023 at 9:00 a.m.

Dated: February 13, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE