HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, #179741
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814
P: 916-498-5700/F: 916-498-5710
Linda_harter@fd.org

Attorney for Defendant
MARIA CARRETERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>MARIA CARRETERO,<br><br>               Defendant. | NO.  2:22-CR-00247-KJN<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME<br><br>DATE:  March 29, 2023<br>TIME:   9:00 a.m.<br>JUDGE:  KENDALL J. NEWMAN |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney JUSTIN L. LEE, Assistant Federal Defender LINDA C. HARTER, attorney for MARIA CARRETERO, that the Court continue the status conference on March 29, 2023, to September 27, 2023, at 9:00 a.m.

The reason for the continuance is to allow Ms. Carretero to resolve a pending case in state court that may involve the same operative conduct as the pending federal case. The parties also agree that the ends of justice served by granting defendant's request for a continuance outweighs the best interest of the public and the defendant in a speedy trial.

The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through September 27, 2023, for

1  defense preparation and investigation. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T4].

3  Dated:  March 14, 2023               Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

                                        /s/ Linda C. Harter
                                        LINDA C. HARTER
                                        Assistant Federal Defender
                                        Attorney for Defendant MARIA CARRETERO

9  Date: March 14, 2023                 PHILLIP A. TALBERT
                                        United States Attorney

                                        /s/ Justin L. Lee
                                        JUSTIN LEE
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

Stipulation and Order to Continue Status
Conference and Exclude Time                -2-              *United States v. Maria Carretero*,
                                                            2:22-PO-00247-KJN

**O R D E R**

IT IS HEREBY ORDERED that the status conference currently set for March 29, 2023 be vacated for the reasons stated above and continued to September 27, 2023, at 9:00 a.m.

Dated: March 14, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE