PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00247-KJN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| MARIA L. CARRETERO, | DATE: December 6, 2023
TIME: 9:30 a.m.
COURT: Hon. Kendall J. Newman |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on December 6, 2023.

2. By this stipulation, defendant now moves to continue the status conference until March 20, 2024, and to exclude time between December 6, 2023, and March 20, 2024, under Local Codes M and T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The defendant was charged by information in December 2022. Subsequently, the defendant was arrested on state charges that may impact the resolution of the federal case. The defendant is presently in custody in the Nevada

County Jail and is unavailable.

        b)        Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        c)        The government does not object to the continuance.

        d)        Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        e)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 6, 2023 to March 20, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

        f)        In addition, an exclusion of time is appropriate under Local Code M based on the defendant's unavailability.

4.        Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///
///
///
///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

2

IT IS SO STIPULATED.

Dated:  December 5, 2023                           PHILLIP A. TALBERT
                                                   United States Attorney


                                                   /s/ JUSTIN L. LEE
                                                   JUSTIN L. LEE
                                                   Assistant United States Attorney


Dated:  December 5, 2023                           /s/ LINDA HARTER
                                                   LINDA HARTER
                                                   Counsel for Defendant
                                                   MARIA L. CARRETERO


# ORDER

IT IS SO FOUND AND ORDERED this 5th day of December, 2023.

Dated:  December 5, 2023

                                                   KENDALL J. NEWMAN
                                                   UNITED STATES MAGISTRATE JUDGE